1  JILL P. TELFER (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
2  A Professional Corporation
   331 J Street, Suite 200
3  Sacramento, California  95814
   Telephone:  (916) 446-1916
4  Facsimile:  (916) 446-1726
   email: jilltelfer@yahoo.com
5
   Attorney for Plaintiff
6  **MERRY MOORE**

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MERRY MOORE,                    )   **CASE NO.**  2:10-CV-01661-MCE-KJM
                                    )
12              Plaintiff,          )   STIPULATION TO DISMISS; ORDER
                                    )   THEREON
13         v.                       )
                                    )
14  CAMPBELL SOUP COMPANY           )
                                    )
15              Defendant.          )
    _____     )
16

17       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MERRY MOORE

18  and Defendant CAMPBELL SOUP COMPANY by and through their respective counsel, that

19  Plaintiff hereby dismissed with prejudice the entire action with each party bearing their own costs

20  and attorney fees.

21       IT IS SO STIPULATED

22  Dated: January 20, 2011          LAW OFFICES OF JILL P. TELFER
                                     A Professional Corporation
23
                                          /s/
24                                   _____
25                                   JILL P. TELFER
                                     Attorney for Plaintiff
26                                   **MERRY MOORE**

27

28

                                    1

1  Dated: January 20, 2011                    COOK, BROWN, LLP

2                                                     /s/

3                                            _____
                                             TERRY WILLS
4                                            Attorney for Defendants
                                             **CAMPBELL SOUP COMPANY**

5

6                                            <u>**ORDER**</u>

7
        The parties having stipulated and good cause appearing therefore, this case is dismissed in its
8
   entirety, with prejudice.  The  Clerk of Court is hereby directed to close the file.
9
        IT IS SO ORDERED.
10

11
    Dated:  January 31, 2011
12

13                                           _____
                                             MORRISON C. ENGLAND, JR.
14                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28